JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURANT, an individual, | Case No.: CV 17-9102-JFW (SSx) |
| | <u>*Hon. John F. Walter Presiding*</u> |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| TW2 MARKETING, INC., a California Corporation; and DOES 1 through 10, | |
| Defendants. | |

# JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against TW2 Marketing, Inc., and in favor of Plaintiff John Durant, in the amount of twelve thousand dollars and one cent ($12,000.01), inclusive of fees and costs incurred.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: April 24, 2018    By: _/s/ John F. Walter_

UNITED STATES DISTRICT JUDGE
HONORABLE JOHN F. WALTER